NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM H. GREENE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7166

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3013, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

William H. Greene moves without opposition for a 29-day extension of time, until March 30, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Igor V. Timofeyev, Esq.
Meredyth Cohen Havasy, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK